IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRESCENT CITY HARBOR DISTRICT,

    Plaintiff,

  v.

VESSEL INTREPID, Official Number 250385 and her engines and appurtenances, *in rem*, and ROBIN J. CONOVER, an individual, *in personom*,

    Defendants.

No. C 07-04800 WHA

**ORDER RE MOTION FOR ARREST OF VESSEL**

    This matter has been reassigned to the undersigned. In reviewing the docket sheet, it appears plaintiff has an outstanding motion for issuance of a warrant for arrest of defendant vessel. A hearing is set for **8:00 A.M. ON DECEMBER 6, 2007**, in Courtroom No. 9 at 450 Golden Gate Avenue, San Francisco, California. Plaintiff is **ORDERED** to serve all papers on defendants including this order.

    **IT IS SO ORDERED.**

Dated: November 13, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE