IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRESCENT CITY HARBOR DISTRICT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VESSEL INTREPID, Official Number 250385 and her engines and appurtenances, *in rem*, and ROBERT J. CONOVER, an individual, *in personam*,<br><br>　　　　Defendants.<br>_____/ | No. C 07-04800 WHA<br><br>**ORDER DENYING MOTION FOR ISSUANCE OF WARRANT FOR ARREST OF VESSEL** |

An order dated November 13 set a hearing on plaintiff's motion for issuance of a warrant for the arrest of the vessel *Intrepid*. The hearing was set for 8:00 a.m. on December 6, 2007. On that date and time, the matter was called but no one appeared for either side. Accordingly, the motion to arrest the vessel *Intrepid* is **DENIED** without prejudice to re-noticing a similar motion.

**IT IS SO ORDERED.**

Dated: December 6, 2007.

　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE