**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>December 6, 2007</u>

Case No.  <u>C 07-04800 WHA</u>

Title: <u>CRESCENT CITY HARBOR DISTRICT</u> v. <u>VESSEL INTREPID</u>

Plaintiff Attorneys: N/A

Defense Attorneys: N/A

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Sahar McVickar</u>

**PROCEEDINGS**

1)   <u>Motion for Issuance of Warrant - NOT  HELD                     </u>

2)   <u>                                                                                           </u>


Continued to <u>  </u> for Further Case Management Conference

Continued to <u>    </u>for Pretrial Conference

Continued to <u>    </u>for Trial

**ORDERED AFTER HEARING:**


No one appeared.