UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: December 20, 2007

Case No. C 07-04800 WHA

Title: CRESCENT CITY HARBOR DISTRICT v. VESSEL INTREPID

Plaintiff Attorneys: N/A

Defense Attorneys: N/A

Deputy Clerk: Dawn Toland            Court Reporter: Joan Columbini

**PROCEEDINGS**

1) CMC - NOT HELD

2) 

Continued to __ for Further Case Management Conference

Continued to __ for Pretrial Conference

Continued to __ for Jury Trial

**ORDERED AFTER HEARING:**

No one appeared.