IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRESCENT CITY HARBOR DISTRICT,

    Plaintiff,

  v.

VESSEL INTREPID, Official Number 250385 and her engines and appurtenances, *in rem*, and ROBERT J. CONOVER, an individual, *in personam*,

    Defendants.

No. C 07-04800 WHA

**ORDER TO SHOW CAUSE**

This case was called for a case management conference duly noticed on December 20, 2007, at 11:00 a.m. Plaintiff's counsel did not appear. This is the second time there has been a non-appearance by plaintiff's counsel. In fact, plaintiff's counsel have never appeared in any duly noticed matter in this case. Accordingly, this case will be dismissed for lack of prosecution unless and until plaintiff submits a show cause to the contrary by **NOON ON JANUARY 3, 2008**.

**IT IS SO ORDERED.**

Dated: December 20, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE