IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRESCENT CITY HARBOR DISTRICT,<br><br>    Plaintiff,<br><br>  v.<br><br>VESSEL INTREPID, Official Number 250385 and her engines and appurtenances, *in rem*, and ROBERT J. CONOVER, an individual, *in personam*,<br><br>    Defendants. | No. C 07-04800 WHA<br><br>**ORDER DISMISSING ACTION** |

This case was called for a case management conference duly noticed on December 20, 2007, at 11:00 a.m. Plaintiff's counsel did not appear. This is the second time there has been a non-appearance by plaintiff's counsel. In fact, plaintiff's counsel have never appeared in any duly noticed matter in this case. An order to show cause was issued stating that this case will be dismissed unless and until plaintiff submits a show cause to the contrary by noon on January 3, 2008. Plaintiff did not submit anything by that deadline. Accordingly, this case is **DISMISSED** for lack of prosecution.

**IT IS SO ORDERED.**

Dated: January 4, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE